## Vernon R. MacDonald, Appellee, v. Chicago Law Printing Company, Appellant.

Gen. No. 42,707.

Heard in the third division, first district, this court at the June term, 1943; opinion filed May 18, 1945; released for publication June 8, 1945. Poppenhusen, Johnston, Thompson & Raymond, for appellant; Henry J. Brandt, Albert E. Jenner, Jr., and Gilbert H. Hennessey, Jr., of counsel; Bryant, Roberts, Hwass & Colwell, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.